IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ADCARE HEALTH SYSTEMS INC.,** *et al*.                                  **PLAINTIFFS**

**v.**                       **Case No. 4:16-cv-00690-KGB**

**ELMORYO LIVINGSTON, as special
administrator of the estate of Luvell
Livingston, and on behalf of the
wrongful death beneficiaries of Luvell
Livingston**                                                            **DEFENDANT**

## **ORDER**

Before the Court is the parties' stipulation of dismissal (Dkt. No. 20). The parties submit that they have reached a settlement and that the relief sought in plaintiffs' complaint to compel arbitration is no longer necessary. The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 20). The action is dismissed with prejudice.

So ordered this 22nd day of May, 2018.

*[signature]*
Kristine G. Baker
United States District Judge